IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANITA COATS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CV-09-380 |
| ) | |
| BANK OF AMERICA; EQUIFAX ) | |
| INFORMATION SERVICES, LLC; ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., and TRANSUNION ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Come now Plaintiff and Defendant Bank of America, N.A. ( improperly named in Plaintiff's Complaint as "Bank of America") and hereby stipulate to extend the deadline for Bank of America, N.A. to respond to Plaintiff's Complaint. Plaintiff and Defendant Bank of America, N.A. ("Bank of America") have agreed to the following:

1. Defendant Bank of America was served on or about July 23, 2009.

2. Defendant Bank of America and Plaintiff have agreed to extend the deadline for this Defendant to respond to Plaintiff's Complaint.

3. The agreed upon deadline for Defendant Bank of America to respond to Plaintiff's Complaint is now August 26, 2009.

4. No party will be prejudiced by this stipulation.

Respectfully submitted,

/s/ Kenneth J. Riemer
Kenneth J. Riemer
Attorney for Plaintiff

/s/ James C. Huckaby, Jr.
James C. Huckaby, Jr.
Attorney for Defendant Bank of America

| | |
|---|---|
| OF COUNSEL | OF COUNSEL |
| 166 Government Street, Suite 100<br>Mobile, AL 36602<br>Phone: (251) 432-9212 | Christian & Small LLP<br>505 North 20th Street, Suite 1800<br>Birmingham, AL 35203<br>Phone: (205) 795-6588 |

## CERTIFICATE OF SERVICE

This is to certify that on this the **17th** day of **August, 2009**, a copy of the foregoing document has been served upon counsel for all parties to this proceeding electronically via the CM/ECF system.

Kenneth J. Reimer, Esq.
166 Government Street, Suite 100
Mobile, AL 36602
*Attorney for Plaintiff*

Keasha Ann Broussard, Esq.
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
*Attorney for Defendant Equifax Information Services, Inc.*

Jeffrey Uhlam Beaverstock, Esq.
BURR & FORMAN, LLP
P.O. Box 16046
Mobile, AL 36616
*Attorney for Defendant TransUnion, LLC*

L. Jackson Young, Jr.
Ferguson, Frost, & Dodson, LLP
P.O. Box 430189
Birmingham, AL 35243
*Attorney for Defendant Experian Information Solutions*

| | |
|---|---|
| /s/ Kenneth J. Riemer<br>Kenneth J. Riemer | /s/ James C. Huckaby, Jr.<br>James C. Huckaby, Jr. |