# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANITA COATS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 09-0380-KD-C |
| | ) |
| BANK OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), the undersigned does hereby recuse herself from any and all further involvements in this proceeding.

**DONE** and **ORDERED** this the 20th day of April, 2010.

> /s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE