IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANITA COATS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.: CV-09-380 |
| | ) |
| BANK OF AMERICA; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC, | ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW the parties in the above-styled cause and, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, hereby agree and stipulate that the Plaintiff, Anita Coats, has voluntarily dismissed all of her claims and causes of action in this lawsuit against Defendants Bank of America, FIA Card Services, N.A., Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union LLC.

WHEREFORE, THESE PREMISES PRAYED, the parties jointly move this Honorable Court to enter an Order dismissing the above-styled case and all claims and parties to it with prejudice, each party to bear her or its own costs.

    /s/ *Kenneth J. Reimer*
    Kenneth J. Reimer
    James D. Patterson
    Attorneys for Plaintiff Anita Coats

**OF COUNSEL:**
The Law Office of Ken Reimer
166 Government Street, Suite 100
Mobile, Alabama 36602


Phone: (251) 432-9212
kjr@alaconsumerlaw.com
**OF COUNSEL:**
Offices of Earl Underwood, Jr.
21 South Section Street
Fairhope, Alabama 36532
Phone (251) 990-5558
jpatterson@alalaw.com

        /s/ *James C. Huckaby, Jr.*
James C. Huckaby, Jr.
William R. Pringle
Attorneys for Defendants
FIA Card Services, N.A. and,
Bank of America

**OF COUNSEL:**
Christian & Small LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
Phone: (205) 795-6588
jch@csattorneys.com
wrp@csattorneys.com

        /s/ *K. Ann Broussard*
K. Ann Broussard
Kirkland E. Reid
Attorneys for Defendant
Equifax Information Services, LLC

**OF COUNSEL:**
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: (404) 215-5725
abroussard@kslaw.com

**OF COUNSEL:**
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, LLP
254 State Street
Mobile, Alabama 36601
Phone: (251) 432-1414

kried@joneswalker.com

        /s/ *Brooke D. Werner McEckron*
        Brooke D. Werner McEckron
        Leilus Jackson Young, Jr.
        Attorneys for Defendant
        Experian Information Solutions, Inc.

**OF COUNSEL:**
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Phone: (404) 581-8339
bwmceckron@jonesday.com

**OF COUNSEL:**
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
Phone: (205) 879-8722
ljy@ffdlaw.com

        /s/ *Marc F. Kirkland*
        Marc F. Kirkland
        Jeffrey Uhlman Beaverstock
        Attorneys for Defendant
        Trans Union LLC

**OF COUNSEL:**
Strasburger & Price LLP
2801 Network Blvd., Suite 600
Frisco, Texas 75067
Phone: (469) 287-3946
marc.kirkland@strasburger.com

**OF COUNSEL:**
Burr & Foreman LLP
P.O. Box 16046
Mobile, Alabama 16046
Phone: (251) 344-5151
jeff.beaverstock@burr.com